IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY | § § § | |
| V. | § § | No.  5:06CV95 |
| BART C. CRAYTOR and CAROLYN SUE MILLER | § § § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Amended Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections were filed to the Amended Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Medmarc Casualty Insurance Company's Motion for Summary Judgment (Dkt. No. 27) is **GRANTED.**  It is further

**DECLARED** that Medmarc Casualty Insurance Company does not owe a defense or indemnity to Bart C. Craytor or Carolyn Sue Miller under Medmarc policy number 03APTX01116 or policy number 04APTX0173.

**SIGNED this 18th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE